DEFENDANT'S
EXHIBIT

2

## CURRICULUM VITAE
### William Joel Meggs, MD, PhD, FACEP, FACMT

## PERSONAL INFORMATION

William Joel Meggs, MD, PhD

| | |
|---|---|
| Home Address: | 103 Hidden Hills Drive<br>Greenville, North Carolina 27858<br>(252) 355-7335 |
| Business Address: | Professor and Chief, Division of Toxicology<br>Senior Vice Chair for Academic Affairs<br>Department of Emergency Medicine<br>Brody School of Medicine at East Carolina University<br>Greenville, NC  27834<br>(252) 744-2954<br>(252) 744-3589 FAX<br>(252) 757-5371 PAGER<br>E-mail: meggsw@ecu.edu |
| Hospital Credentials: | Emergency Medicine & Medical Toxicology<br>Pitt County Memorial Hospital<br>2100 Stantonsburg Road<br>Greenville, NC 27834<br>252-847-1985 |
| Birthplace: | Newberry, South Carolina, United States of America |

## EDUCATION

### Degrees

| | |
|---|---|
| University of Miami | M.D. - Medicine |
| Syracuse University | Ph.D. in Physics |
| Clemson University | B.S. in Physics |

### Postgraduate Training

2005-2006   Physician Leadership Institute. University of North Carolina at Chapel Hill.

**EXHIBIT 3**

1992-1996   Fellow in Medical Toxicology (part-time).  New York City Poison Center and Department of Emergency Medicine, Bellevue Hospital Center, New York University (completed June 30, 1996).

1982-1985   Medical Staff Fellow in Allergy and Clinical Immunology, National Institute of Allergy and Infectious Diseases

1979-1982   Resident in Internal Medicine, Rochester General Hospital

## EMPLOYMENT HISTORY

2003-present    Senior Vice Chair for Academic Affairs, Department of Emergency Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1999-present    Professor of Emergency Medicine, Department of Emergency Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1998-2003       Vice Chair for Clinical Affairs, Department of Emergency Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1995-present    Chief, Division of Toxicology, Department of Emergency Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1995-1999       Associate Professor, Department of Emergency Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1991-1995       Assistant Professor, Division of Toxicology, Department of Emergency Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1990-1991       Director and Chairman, Emergency Department, Lenoir Memorial Hospital, Kinston, NC

1988-1991       Assistant Professor, Section of Allergy/Immunology, Department of Medicine, Brody School of Medicine at East Carolina University, Greenville, NC

1985-1988       Assistant Director for Medical Education, Emergency Department, Washington Hospital Center, Washington, D.C.

| | |
|---|---|
| 1982-1985 | Medical Staff Fellow, National Institute of Allergy and Infectious Disease, National Institutes of Health, Bethesda, MD |
| 1979-1982 | Resident, Internal Medicine, Rochester General Hospital, Rochester, NY |
| 1975-1977 | Professor, Champlain College, Lennoxville, Quebec, Canada |
| 1974-1975 | Professor, Vanier College, Montreal, Quebec, Canada |
| 1971-1977 | Research Physicist, McGill University, Montreal, Canada |
| 1970-1971 | Visiting Scientist, European Organization for Nuclear Research, Geneva, Switzerland |
| 1969-1971 | Research Physicist, University of Rochester, Rochester, NY |

## BOARD CERTIFICATION

| | |
|---|---|
| 1996, recertified 2006 | American Board of Medical Toxicology |
| 1988, recertified 1998, 2007 | American Board of Emergency Medicine |
| 1985 | American Board of Allergy and Immunology |
| 1982 | American Board of Internal Medicine |

## LICENSURE

North Carolina     1988 - present     Lic. No. 32147

## PROFESSIONAL SOCIETIES

American College of Medical Toxicology – 1996-present, Fellow 2001-present
American College of Emergency Physicians - 1986-1988; 1990-present, Lifetime Fellow
Society for Academic Emergency Medicine - 1990-present
American Academy of Clinical Toxicology -1992-present
American Academy of Allergy, Asthma, and Immunology - 1983-present
American Association for the Advancement of Science -1988-2007
American Medical Association - 1980-2007
Pitt County Medical Society - 1988-present

CURRICULUM VITAE            William Joel Meggs, MD, PhD                    Page 4

North Carolina Medical Society - 1988-present
North Carolina Thoracic Society, Physician's Section

## PROFESSIONAL SERVICE

| | |
|---|---|
| 2010 | Abstract Reviewer, Society for Academic Emergency Medicine annual meeting. |
| 2010-2014 | Promotions and Tenure Committee, Brody School of Medicine |
| 2009-2011 | ECU Physicians Board, Brody School of Medicine |
| 2008-2009 | Steering Committee, American College of Emergency Physicians Council |
| 2006-2009 | Toxicology Section Representative, American College of Emergency Physicians Council |
| 2009 | Abstract Reviewer, Society for Academic Emergency Medicine annual meeting |
| 2005-present | American College of Medical Toxicology Grants and Contracts Committee |
| 2006-present | Reviewer, Journal of Medical Toxicology |
| 2004-present | Member, Editorial Review Board, Environmental Health Perspectives |
| 2001-present | Advanced Hazmat Life Support Instructor, Brody School of Medicine at East Carolina University |
| 2002-present | Research Advisory Committee on Gulf War Related Illnesses, Department of Veteran Affairs, U. S. Government |
| 1996-2000 | Steering Committee, North Carolina State University--East Carolina University Agromedicine Consortium |
| 1995-1997 | Emergency Department Liaison, Pediatric Asthma Project, Pitt County Public School & Pitt County Memorial Hospital |

| 1991-present | Advanced Trauma Life Support Instructor, Brody School of Medicine at East Carolina University |
| 1989-1991 | Pitt County Traffic Injury Prevention Program |
| 1989-1991 | Subcommittee on Immunotoxicity, National Research Council of the National Academy of Sciences |
| 1988-2000 | Volunteer Physician, Indigent Clinic, East Carolina University/Pitt County Medical Society |
| 1988-2000 | Advanced Cardiac Life Support Instructor, Brody School of Medicine at East Carolina University/Eastern AHEC |

## GRANTS FUNDED

Title: "Randomized trial of naltrexone and dextromethorphan for Gulf War Illness."
Relationship to Project:  Principle-Investigator
Project Period: July 1, 2009 to June 30, 2012.
Budget: $1.068,750.
Source: U. S. Department of Defense.

Title: "Chronic pesticide exposures alters the endocannabinoid system."
Relationship to Project:  Co-Investigator
Project Period: July 1, 2008 to June 30, 2009.
Budget: $20,000
Source: East Carolina University Research Development Award.

Title: "A multicenter randomized clinical trial of Anavyp versus Crofab for pit viper envenomations."
Relationship to Project:  Center Principal Investigator
Project Period: March 2008 to November 2008.
Budget: $6,000/per enrolled patient
Source: Bioclon Therapeutics and Rare Therapeutics, Inc.

Title: "An environmental medicine approach to gulf war veterans illnesses."
Relationship to Project:  Principal Investigator
Project Period: October 2007 to September 2009.
Budget: $450,000
Source: U.S. Department of Defense

CURRICULUM VITAE          William Joel Meggs, MD, PhD                    Page 6

Title: "Neurotoxicity of Chronic Exposure to Low Levels of Organophosphate Insecticides
    and Antidotal Therapy"
Relationship to Project:  Principal Investigator
Project Period: January 2004-December 2005.
Budget: $7,500
Source:  Orphan Medical Award for Antidotal Research

Title:  "Regulation and Control of the Eosinophilia of Asthma"
Relationship to Project:  Principal Investigator
Project Period:  July 1, 1988 to July 1, 1989
Budget: $3,000
Source:  North Carolina United Way

Title:"A Comparison of the Greer Dermapik, Morrow Brown Needle System, and Wyeth
Needle Systems"
Relationship to project:  Principal Investigator
Project Period:  January 1, 1989 to June 30, 1990
Budget: $2,300
Source:  Greer Laboratories

Title:  "Nasal Pathology in RUDS, Allergic Rhinitis, and Normals"
Relationship to project:  Principal Investigator
Project Period:  July 1, 1992 to June 30, 1993
Budget: $9,000
Source:  American Lung Association of North Carolina

Title: An environmental medicine approach to Gulf War Illnesses.
Project period: October 1, 2007 to September 30, 2009
REationship to project: Principle investiagator
Budget: $450,000
Source: US Department of Defense

## COMMITTEES

School of Medicine
    ECU Physician's Board, 2009-2011.
    Department of Emergency Medicine Balance and Wellness Committee, Chair, 2004-2005
    Chair of Search Committee for Department of Psychiatry Chair, 2003
    Department of Emergency Medicine Executive Committee, Brody School of Medicine at
        East Carolina University, 1998 - present
    Medical Records Committee, Brody School of Medicine at East Carolina University,
        1997 – 2000

Department of Emergency Medicine Finance Committee, Brody School of Medicine at
    East Carolina University, 1997 - 2008
Department of Emergency Medicine Personnel Committee, Brody School of Medicine at
    East Carolina University, 1995 – 2007, 2009-2010; Chair, 1997 – 2008,
Department of Emergency Medicine Promotion and Tenure Committee, Brody School of
    Medicine at East Carolina University, 1995-2010
Biohazards Committee, Brody School of Medicine, 1992 to 2000.
Brody School of Medicine Promotions and Tenure Committee, 2005-2006, 2009-2011

Hospital Committees
    Drug Use Committee, 1993-1996
    Ambulatory Services Committee, 1993-1995
    Emergency Services Committee, 1988-1992

National

Society for Academic Emergency Medicine
    Abstract reviewer, 2006, 2009, 2010 National Meetings

American College of Emergency Medicine
    Councilor, 2005-2010

American College of Emergency Medicine
    Toxicology Section

American College of Emergency Medicine
    Research Section

American College of Medical Toxicology
    Ethics Committee, 2004, 2005

American College of Medical Toxicology
    Membership Committee, 2004-2010

Department of Veteran Affairs
    Research Advisory Committee on Gulf War Illnesses, 2002-2010

Society for Academic Emergency Medicine
    Program Committee, 2001

National Institute of Environmental Health Sciences
    Program Planning Committee, Research Uses of Environmental Control Units,
June 2001 to 2003

Agency for Toxic Substances and Diseases Registry Workshop on Immune Testing - 1992

U.S. Environmental Protection Agency Workshop on Equity in Environmental Health - 1992

National Research Council Workshop on the Multiple Chemical Sensitivity Syndrome - 1991

National Academy of Sciences
Subcommittee on Immunotoxicology - 1989 - 1991

## TEACHING ACTIVITIES

1996-2010   Director, Toxicology Grand Rounds, Brody School of Medicine

2000-2010   Course Director, Advanced Hazmat Life Support, Brody School of Medicine at East Carolina University

1996-2010   Lecturer, Drugs of abuse symposia, Brody School of Medicine at East Carolina University M2 substance abuse course, Eastern Area Health Education Consortium, Wake Area Health Education Consortium, Mountain Area Health Education Consortium, American Society for Professional Education, various locations.

1992-2010   Lecturer and/or workshop presenter, Intensive Review Course in Clinical Toxicology. Bellevue Hospital Center/New York University, New York.

1991 - present   Instructor in Advanced Trauma Life Support, East Carolina University School of Medicine.

1991-2010   Lecturer, Professor's Rounds, Department of Emergency Medicine, Brody School of Medicine at East Carolina University.

Fall, 1991   Medical Ethics for 1st Year Medical Students, Brody School of Medicine at East Carolina University.

1989-2010   Clinical Preceptor, Emergency Department, Pitt County Memorial Hospital and Brody School of Medicine at East Carolina University.

1988-1990   Lecturer in Allergy and Clinical Immunology, Second Year Medical School Course in Clinical Medicine, Brody School of Medicine at East Carolina University.

1988-1990   Preceptor in Second Year Medical School Course in Physical Diagnosis, Brody School of Medicine at East Carolina University.

1988-1990   Clinical Preceptor, Medical Intensive Care Unit and Medical Wards, Pitt County Memorial Hospital and Brody School of Medicine at East Carolina University.

1988-1991   Clinical Preceptor, Allergy and Clinical Immunology Clinic, Brody School of Medicine at East Carolina University.

1986-2000   Instructor in Advanced Cardiac Life Support. Courses taught at least twice a year. Locations include the University of Maryland School of Medicine, Baltimore, MD, Lenoir Memorial Hospital, Kinston, NC, and Brody School of Medicine at East Carolina University, Greenville, NC.

1985-1988   Clinical Preceptor in Emergency Medicine, Washington Hospital Center, Washington, DC.

## POSTGRADUATE EDUCATION

Fellowship in Medical Toxicology, Bellevue Hospital Center/New York University. 1992-1996.

Fellowship in Allergy and Clinical Immunology, National Institutes of Health, Bethesda, MD. 1982 to 1985

Residency in Internal Medicine, University of Rochester, Rochester General Hospital, Rochester, NY. 1979 to1982.

## RESEARCH ACTIVITIES AND INTERESTS

Current research is in the area of medical toxicology. Areas of interest include antidotes to poisonings, poisonous snakebites, toxicity of pharmaceutical overdoses, effects of chronic low level exposures to pesticides, and environmental factors in obesity.

## PUBLICATIONS

CURRICULUM VITAE          William Joel Meggs, MD, PhD                    Page 10

In Refereed Journals

1.  Meggs WJ, Brewer KL. Toxicant Exposures and the Obesity Epidemic
    Journal of Medical Toxicology 2010 Jun;6(2):275.

2.  Hack JB, Orogbemi B, Deguzman JM, Brewer KL, Meggs WJ, O'Rourke D. A localizing
    circumferential compression device delayed death after artificial eastern diamondback
    rattlesnake envenomation to the torso of an animal model in a pilot study. J Med Toxicol.
    2010:6;207-211.

3.  Meggs WJ, Wiley CN, Brewer KL, Hack JB. Efficacy of North American Antivenin
    Against the African viper Vitis Gabonica (Gaboon Viper). J Med Toxicol. 2010
    Mar;6(1):12-4.

4.  Meggs WJ, Courtney CA, O'Rourke D, Brewer KL. Pilot studies of pressure-
    immobilization bandages for severe rattlesnake envenomations. Clin Tox 2010;48:61-63.

5.  Meggs WJ. Epidemics of Mold Poisoning Past and Present. Tox and Indust Health
    2009;25:571-576.

6.  Meggs WJ, Wiley CN, Brewer KL, Hack JB. Efficacy of North American crotalid
    antivenom against the African Viper Bitis gabonica (Gaboon Viper). J Med Tox
    2008:4;170-172.

7.  Puhr J, Hack JB, Early JA, Price WL, Meggs WJ. Lithium overdose with electrocardiogram
    changes suggesting ischemia. J Med Tox 2008;4:170-172.

8.  Coffey JA, Brewer KL, Carroll R, Bradfield J, Meggs WJ. Limited efficacy of calcium and
    magnesium in a porcine model of hydrofluoric acid ingestion. J Med Tox 2007;3:45-51.

9.  Meggs WJ, Brewer KL. Weight gain associated with chronic chlorpyrifos exposure in rats.
    J Med Tox 2007;3:89-93.

10. Bloch RM, Meggs WJ. Co-morbidty patterns of self-reported chemical sensitivity, allergy,
    and other medical illnesses with anxiety and depression. J Nutrition and Envir Med
    2007;16:136-148.

11. Barrueto, Jr, F, Murr I, Meltzer A, Brewer K, Meggs WJ. Effect of amiodarone in a swine
    model of nortryptilline toxicity. J Med Tox 2006;2:147-151.

12. Hack JB, Gilliland M, Meggs WJ. Activated charcoal aspiration: Death in a dose. Annals
    Emerg Med 2006;48: 522.

13.  Heflin CR, Brewer K, Hack JB, Meggs WJ. Heparin reverses anaphylactoid shock in a porcine model. Ann Emerg Med. 2006 Aug;48(2):190-3.

14.  Meggs WJ, Carroll RG, Brewer KL, Hack JB, Reeder TJ. Sustained oxygenation without ventilation in paralyzed pigs with high-flow tracheal oxygen. Am J Emerg Med. 2005;23:864-7.

15.  Meggs WJ. Fallacies in the refutation of causality. Clin Toxicol (Phila). 2005;43(5):383-384.

16.  German BT, Hack JB, Brewer K, Meggs WJ. Press-immobilization bandages delay toxicity in a porcine model of eastern coral snake (*Micrurus fulvius fulvius*) envenomation. Annals Emerg Med 2005;45:603-608.

17.  Hack JB, Woody JH, Lewis DE, Brewer K, Meggs WJ. The effect of calcium chloride in treating hyperkalemia due to acute digoxin toxicity in a porcine model. J Toxicol Clin Toxicol. 2004;42(4):337-42.

18.  Meggs WJ. The physics of biology. *Mod Phys Lett A*  2003;18(33-35):2397-2404.

19.  Meggs W.  Permanent paralysis at sites of dermal exposure to chlorpyrifos. *J Tox Clin Tox* 2003;41;883-886.

20.  Bowls BJ, Freeman JM Jr, Luna JA, Meggs WJ.  Oral treatment of organophosphate poisoning in mice. *Acad Emerg Med* 2003;10:286-288.

21.  Reeder T, Locascio E, Tucker J, Czaplijski T, Benson N, Meggs W.  ED utilization:  The effect of changing demographics from 1992 to 2000.  *Am J Emerg Med* 2002;20:583-587.

22.  Barrueto F, Meggs WJ, Barchman MJ.  Clearance of metformin by hemofiltration in overdose.  *Clin Tox* 2002;40:177-180.

23.  Lowry BP, Bradfield JF, Carroll RG, Brewer K, Meggs WJ. A controlled trial of nitroglycerin in a New Zealand white rabbit model of brown recluse spider envenomation. *Annals of Emergency Medicine* 2001;37:161-165.

24.  Meggs WJ.  Mechanisms of allergy and chemical sensitivity. *Toxicol Ind Health* 1999;15:331-338.

25.  Meggs WJ, Czaplijski T, Benson N.  Trends in emergency Department utilization, 1988-1997. *Acad Emerg Med* 1999;6:1030-1035.

26.  Johnson B, <u>Meggs WJ</u>, Bentzel CJ.  Emergency department hemodialysis in a case of
     severe ethylene glycol poisoning.  *Ann Emerg Med* 1999;33:108-110.

27.  <u>Meggs WJ</u>.  Biological homing: Hypothesis for a quantum effect that leads to the existence
     of life.  *Medical Hypotheses* 1998;51:503.506.

28.  <u>Meggs WJ</u>, Hoffman RS.  Fatality resulting from intraventricular vincristine administration.
     *Clinical Toxicology* 1998;36:243-246.

29.  Davidoff AL, Jeyl PM, and <u>Meggs WJ</u>.  Development of multiple chemical sensitivities in
     laborers after acute gasoline fume exposure in an underground tunneling operation.  *Arch
     Environ Health* 1998;53:183-189.

30.  <u>Meggs WJ</u>.  Hypothesis for induction and propagation of chemical sensitivity based on
     biopsy studies.  *Environmental Health Perspectives* 1997;105 (Supplement 2):473-478

31.  Bascom R, <u>Meggs WJ</u>, Frampton M, Hudnell K, Killburn K, Kobal G, Medinsky M, and
     Rea W.  Neurogenic inflammation:  With additional discussion of central and perceptual
     integration of nonneurogenic inflammation.  *Environmental Health Perspectives* 1997;105
     (Supplement 2):531-537.

32.  <u>Meggs WJ</u>, Cahill-Morasco R, Shih RD, Goldfrank LR, and Hoffman RS.  Effects of
     Prussian blue and N-acetycysteine on thallium toxicity in mice.  *J Toxicol Clin Toxicol*
     1997;35:163-166.

33.  <u>Meggs WJ</u>, Dunn KA, Bloch RM, Goodman PE, and Davidoff AL.  Prevalence and nature
     of allergy and chemical sensitivity in a general population.  *Arch Environ Health*
     1996;51:275-282.

34.  <u>Meggs WJ</u>, Elsheik T, Metzger WJ, Albernaz M, and Bloch RM.  Nasal pathology and
     ultrastructure in patients with chronic airway inflammation (RADS and RUDS) following
     an irritant exposure.  *Clinical Toxicology* 1996;334:383-396.

35.  Perrone J, Hamilton R, Nelson L, DeRoos F, Brubacher J, <u>Meggs WJ</u>,  and Hoffman RS.
     Scopolamine poisoning among heroin users -- New York City, Newark, Philadelphia, and
     Baltimore, 1995 and 1996.  *MMWR* 1996;45:457-460.

36.  Hsu CK, Leo P, Shastry D, <u>Meggs W</u>, Weisman R, and Hoffman RS.  Anticholinergic
     poisoning associated with herbal tea.  *Arch Intern Med* 1995;155:2245-2248.

37.  <u>Meggs WJ</u>, Weisman RS, Hoffman RS, et al.  Anticholinergic poisoning associated with an
     herbal tea -- New York City, 1994.  *MMWR* 1995;144:193-195.

38.  <u>Meggs WJ</u>.  Neurogenic switching:  a hypothesis for a mechanism for shifting the site of inflammation in allergy and chemical sensitivity.  *Environ Health Perspect* 1995;103:2-4.

39.  <u>Meggs WJ</u>, Hoffman RS, Shih R, Weisman RS, and Goldfrank LR.  Thallium poisoning from maliciously contaminated food:  Early diagnosis based on clinical, laboratory, and radiographic criteria.  *J Toxicol Clin Toxicol* 1994;32:728-730.

40.  <u>Meggs WJ</u>.  RADS and RUDS:  Toxic induction of asthma and rhinitis.  *J Toxicol Clin Toxicol* 1994;32:487-501.

41.  <u>Meggs WJ</u>, Gerr F, Aly MH, Kierena T, Roberts DL, Shih R, Kim HC, and Hoffman RS.  The treatment of lead poisoning from gunshot wounds with succimer (DMSA).  *J Toxicol Clin Toxicol* 1994;32:377-385.

42.  <u>Meggs WJ</u>.  Neurogenic inflammation and sensitivity to environmental chemicals.  *Environ Health Perspect* 1993;101:1-6.

43.  <u>Meggs WJ</u> and Cleveland CH Jr.  Rhinolaryngoscopy findings in patients with the multiple chemical sensitivity syndrome.  *Arch of Environ Health* 1993;48:14-18.

44.  <u>Meggs WJ</u>.  Multiple chemical sensitivities and the immune system.  *Toxicol Ind Health* 1992;8:203-214.

45.  <u>Meggs WJ</u>.  The enhanced polymerization of polar macromolecules by an applied electric field.  *J Theor Biol* 1990;145:245-255.

46.  Friedman S, Steinberg S, <u>Meggs WJ</u>, Kaliner MA, Frieri M. Alling DW,  and Metcalfe DD.  Analysis of plasma histamine levels in patients with mast cell disorders.  *Am J Med* 1989;87:649-654.

47.  <u>Meggs WJ</u>.  Electric fields determine the spatial organization of microtubules and actin filaments.  *Med Hypotheses* 1988;26:165-170.

48.  Slater J, Rafael G, Cutler G, Loriaux L, <u>Meggs WJ</u>,  and Kaliner M.  Recurrent anaphylaxis in menstruating women:  Treatment with luteinizing hormone agonist: A preliminary report.  *Obstet Gynecol* 1987;70:542-546.

49.  <u>Meggs WJ</u>, Frieri M, Costello R, Metcalfe DD, and Papadopoulos NN.   Oligoclonal immunoglobulins in mastocytosis.  *Ann Intern Med* 1985;103:894.

50.  <u>Meggs WJ</u>, Atkins FM, Wright R, Friedman M, Kaliner MA, and Metcalfe DD.  Failure of sulfites to produce clinical responses in patients with systemic mastocytosis or recurrent anaphylaxis:  Results of a single blind study.  *J Allergy and Clin Immunol* 1985;76:840-

846.

51.  Meggs WJ, Pescovich O, Metcalfe DD, Cutler G, Loriaux L, and Kaliner MA.
     Progesterone sensitivity as a cause of recurrent anaphylaxis. *N Engl J Med* 1984;131:1236.

52.  Meggs WJ and Metcalfe DD.  Systemic mast cell disorders. *NER Allergy Proc* 1984;5:226.

53.  Meggs WJ.  Elementary particles in a homogenous, isotropic universe. *Physiol Rev*
     1976;D14:1725.

54.  Margolis B, Meggs WJ, and Weiss N.  A statistical treatment of annihilation processes.
     *Physiol Rev* 1976;D13:2551.

55.  Meggs WJ.  Fireballs in the mass region of the G meson. *Physiol Rev* 1975;D12:1936.

56.  Eilam G, Hojvat C, Margolis B, Meggs WJ, Frautschi S, and Pripstein M.  The annihilation
     of positron electron and anti-proton proton pairs and statistical model considerations.
     *Lettere Al Nuovo Cimento* 1975;14:108.

57.  Margolis B, Meggs WJ, and Rudaz S.  Production and decay of heavy vector mesons in
     statistical model. *Physiol Rev* 1973;D8:3944.

58.  Eilam G, Gell Y, Margolis B, and Meggs WJ.  A statistical approach to the differential
     cross section near ninety degrees. *Physiol Rev* 1973;2871.

59.  Margolis B, Meggs WJ, and Logan RK.  Threshold enhancements in hadronic reactions.
     *Physiol Rev* 1973;D8:199.

60.  Celik T and Meggs WJ.  Dynamical mechanism for the diffractive dissociation of a pion
     into five pions. *Nuovo Cimento* 1973;13A:1054.

61.  Johns F, Margolis B, Meggs WJ, and Logan R.  Threshold enhancements and the statistical
     bootstrap of hadrons. *Physical Rev Letters* 1972;29:756.

62.  Margolis B and  Meggs WJ.  Reggeon contributions in a two fireball model. *Nuovo
     Cimento Letters* 1972;4:413.

63.  Gleeson AM, Meggs WJ, and Parkinson M.  Comment on analyses of anti-proton neutron
     annihilation into three charged pions. *Physiol Rev* 1972;D5:1224.

64.  Meggs WJ and Van Hove L.  Natural parity classification of diffractive multi-meson
     production amplitudes. *Nuclear Physics* 1971;B26:245.

65. Gleeson AM, Meggs WJ, and Parkinson M.  The rising phase shift model and evidence for daughters in the reaction anti-proton neutron annihilation into three charged pions.  *Physiol Rev Letters* 1970;25:74.

66. Gleeson AM and Meggs WJ.  Duality classes for pion nucleon scattering.  *Nuclear Phys* 1970;19:323.

67. Balachandran AP, Meggs WJ, Nuyts J, and Ramond P.  Two variable expansion of the scattering amplitude for any mass and crossing symmetry for partial waves.  *Physiol Rev* 1969;187:2080.

68. Gleeson AM and Meggs WJ.  Mass selection, Bose statistics, and kinematic enhancements.  *Nuovo Cimento* 1969;62A:181.

69. Balachandran AP, Meggs WJ, Nuyts P, and Ramond P.  Simultaneous partial wave expansions in the mandelstam variables:  The group SU(3).

70. Balachandran AP, Meggs WJ, and Ramond P.  Eigenvectors of the partial wave crossing matrices.  *Physiol Rev* 1968;175:1974.

71. Gleeson AM and Meggs WJ.  The A1 enhancement and recoupling effects.  *Nuovo Cimento* 1968;55A.


In Non-refereed Journals

1. Meggs WJ.  What you must know about inflammation.  *Bottom Line Health* 2003;17:11-12.

2. Meggs WJ.  Multiple chemical sensitivities--Chemical sensitivities as a symptom of airway inflammation.  *Clin Tox* 1995;33:107-110.

3. Shih RD and Meggs WJ.  Designer drugs in the prehospital setting.  *Emergency Medical Service* 1994;23:61-64.

4. Shih RD, Meggs WJ, and Lewin NA.  PCP.  *Emergency Medical Service* 1993;35:345.

5. Meggs WJ.  Health effects of indoor air pollution.  *NC Med J* 1992;53:354-357.


Review Articles

1.   Meggs WJ.  Mechanisms of allergy and chemical sensitivity.  *Toxicol Ind Health*
     1999;15(3-4):331-338.

2.   Meggs WJ.  Chemical hazards faced by animal handlers.  In: Langley RL, ed.
     *Occupational Medicine: State of the Art Reviews.*  Philadelphia, PA, Hanley & Belfus, Inc.,
     1999;14:213-224.

Abstracts (refereed)

1.  Meggs WJ, Cowan LR, Schmidt J, Fiordilisi I, Rodriguez L. Benzodizepene resistant sympathomimetic toxidrome responding to pentobarbital. Clin Tox 2010: 48;248.

2.  Meggs WJ, Bernard BC. Myocardial infarction associated with overdose of paroxetine and citalopram and features of serotonin syndrome. Clinc Tox 2010:48:281.

3.  Meggs WJ, D'Haenens JP, Ferguson J, Nehus N. Inhaled albuterol as a drug of abuse. Clin Tox 2010;48:308.

4.  Sekhon N, Fish L, Brewer K, O'ROurke D, Meggs WJ. Diphenhydramine increases lethality in a porcine model of rattlesnake envenomation. Ann Emerg Med 2009;54:S115-116.

5.  Meggs WJ, Sekhon N, Fish L, Brewer KL, O'Rourke D, Lust RM. Lethality of diphenhydramine in a porcine model of intravenous rattlesnake envenomation. Clin Tox 2009;47:462.

6.  Meggs WJ, Courtney C, O'Rourke D, Brewer KL. Pressure-immobilization bandages for rattlesnake bites prevent lethal hyperkalemia from necorsis in a porcine model. Ann Emerg Med 2008;52:S140-S141.

7.  Fish LR, O'Rourke D, Lust R, Brewer KL, Meggs WJ. Cardiovascular effects of intravenous rattlesnake envenomation. Ann Emerg Med 2008;52:S140.

8.  Meggs WJ, Courtney C, O'Rourke D, Jenkins A, Brewer KL. Pressure-immobilization bandages increase survival in a porcine model of rattlesnake envenomation. Clin Tox 2008;46:71.

9.  Hack J, De Guzman J, Meggs W, Brew K, O'Rourke D. A novel localizing circumferential compression device delays onset of systemic toxicity after Eastern Coral Snake torso Envenomations in anesthetized swine. Academic Emergency Medicine 2008;15:596.

10. Meggs WJ, Courtney C, O'Rourke D, Jenkins A, Brewer KL. Venom Lysis Syndrome: A cause of lethality in rattlesnake venomation. Clin Tox 2007:45:620.

11. Meggs WJ, Brewer KL, Buller CT, Collins DN. Chronic chlorpyrifos exposures increases lepting and TNT-alpha levels in rats. Clin Tox 2007;45:352.

12. Greer JP, Brewer KL, Reeder TJ, Carroll RG, Meggs WJ. Apneic ventilation with tham infusion: Life without breath. Annals Emerg Med 2006;48:S98.

13. Wiley CN, Brewer KL, Hack JB, Meggs WJ. Effiaccy of North American Crotalid antivenin against the African viper *Bitis Gabonica* (Gaboon Viper). Annals Emerg Med 2006;48:S99.

14. Meggs WJ, Puhr J, Hack JB, Early J, Price W. Lithium overdose with EKG changes suggesting ischemia. Clin Tox 2006;44:710-711.

15. Meggs WJ, Brewer KL. Weight gain associated with chlorpyrifos exposure in rats. Clin Tox 2006;44:565.

16. Hack JB, Meggs WJ, Gilliland MGB. Activated charcoal aspiration: death in a dose. Clin Tox 2005;43:679.

17. Meggs WJ, Means L, Brewer KL, Hack JB. Preliminary report: Toxicity of chronic low-level exposures to organophosphorus insecticides. Clin Tox 2005;43:693.

18. Meggs WJ, Hack JB. Gaboon viper envenomation in North America. Clin Tox 2005;43:711-712.

19. Murr IM, Barrueto F, Meltzer A, Brewer KL, Meggs WJ. Effects of amiodarone in a porcine model of tricyclic antidepressant poisoning. Annals Emerg Med 2005;46:S76-S77.

20. German BT, Hack JB, Brewer KL, Meggs WJ. Efficacy of a pressure-immobilization bandage in delaying the onset of systemic toxicity in a porcine model of Eastern coral snake (*Micrurus fulvius*) envenomations. Annals of Emerg Med 2004;44, S90.

21. Meggs WJ, Carroll RG, Brewer KL, Hack JB, Reeder TJ. Oxygenation of paralyzed pigs with high-flow tracheal oxygen. Acad Emerg Med 2003:12:67-68.

22. Heflin CH, Hack JB, Brewer K, Meggs WJ. Systemic toxicity of calcium ionophore A23187: A model for anaphylaxis. Clin Tox 2004;42:769-770.

23. Meggs WJ. Fluoride poisoning at a toothpaste factory. *J Tox Clin Tox* 2004;42:98.

24. Hack JB, Woody JH, Brewer K, Meggs WJ. Pilot study: Use of calcium chloride to treat hyperkalemia due to acute digoxin toxicity in a swine model. *J Tox Clin Tox* 2003;41:696.

25. Meggs WJ, Fowlkes WM, Hack JB. Delayed onset of toxicity with unknown pesticide ingestion. *J Tox Clin Tox* 2003;41(4):524.

26. Coffey JA, Brewer KL, Carroll R, Bradfield J, Meggs WJ. Limited efficacy of calcium and magnesium in a porcine model of hydrofluoric acid ingestion. *Ann Emerg Med* 2002;40:S38.

27.  Myers CV, Brewer KL, <u>Meggs WJ</u>.  Cardiac toxicity of thioridazine in a porcine model. *Clin Tox* 2002;40:599.

28.  <u>Meggs WJ</u>, Bloch RM.  Trends in fatal drug overdoses:  United States, 1983-2000. *Clin Tox* 2002;40:637.

29.  <u>Meggs WJ</u>.  Permanent paralysis at site of dermal exposure to chlorpyrifos. *Clin Tox* 2002;40:386.

30.  <u>Meggs WJ</u>.  Sick building syndrome, chemical sensitivity, and irritant rhinosinusitis. *J Allergy Clin Immunol*  2002;109:S51.

31.  <u>Meggs WJ</u>.  Encephalopathy following chronic carbon monoxide poisoning. *J Tox Clin Tox* 2001;39:523.

32.  <u>Meggs WJ</u>.  Airway abnormalities associated with sick building syndrome. *J Tox Clin Tox* 2001;39:557.

33.  <u>Meggs WJ</u>, Bloch RM, Finestone DH.  Depression and anxiety associated with allergic and irritant sensitivity. *J Allergy Clin Immunol* 2001;107:S26-S27.

34.  <u>Meggs WJ</u>, Freeman JM, Jr.  Oral prophylaxis of organophosphate poisoning in mice. *J Tox Clin Tox* 1999;37:662.

35.  <u>Meggs WJ</u>, O'Meara S, Jones K, Ford JL.  Double-blinded randomized comparison of oral doxepin and diphenhydramine in treating acute urticaria. *Ann Emerg Med* 1999;34:557.

36.  <u>Meggs WJ</u>, Lowry B, Bradfield J, Carroll R.  A controlled study of the systemic effects of topical nitroglycerin in a rabbit model of brown recluse spider envenomation. *Clin Tox* 1998;36:459.

37.  <u>Meggs WJ</u>, Benson NH, and Czaplijski TJ.  Trends in emergency department utilization, 1988 to 1997. *Acad Emerg Med* 1998;5:460.

38.  <u>Meggs WJ</u>, Bloch RM, and Finestone DH.  Self reports of depression among those reporting sensitivity to allergens and irritants. *J Allergy & Clin Immunol* 1998;101:S184.

39.  Manring E, <u>Meggs WJ</u>, Pape G, and Ford M.  Toxicity of an intravenous infusion of isopropyl alcohol. *J Tox Clin Tox* 1997;35:503.

40.  <u>Meggs WJ</u>.  Generalized pharmacokinetics for application to overdoses, including sustained release products. *Academic Emerg Med* 1997;4:448.

41.  Meggs WJ.  Forecasting medical costs:  Effects of inflation and changing disease prevalence.  *Acad Emerg Med* 1997;4:465-466.

42.  Meggs WJ and Hoffman RS.  Intraventricular vincristine fatality.  *J Tox Clin Tox* 1996;34:575.

43.  Meggs WJ, Elsheikh T, Metzger WJ, Alberenaz M, and Bloch R.  Mechanism of persistent inflammation of RADS and RUDS.  *J Allergy Clin Immunol* 1996;97:206.

44.  Meggs WJ, Perrone J, DeRoos F, and Hoffman RS.  Epidemiology of substance abuse at the 1994 Woodstock Music Festival.  *Clin Tox* 1995;33:503.

45.  Meggs WJ, Elsheikh T, Metzger WJ, Albernaz M, and Bloch R.  Nasal pathology and ultrastructure in persistent rhinitis with chemical sensitivity after chlorine dioxide exposure.  *Clin Tox* 1995;33:525.

46.  DeRoos FJ, Perrone J, Meggs WJ, Hoffman RS, and Quame B.  Laboratory confirmation of suspected substance abuse at the 1994 Woodstock Music Festival.  *Clin Tox* 1995;33:502.

47.  Meggs WJ, Goldfrank LS, and Hoffman RS.  Effects of potassium in a murine model of thallium poisoning.  *Clin Tox* 1995;33:558.

48.  Hamilton R, Perrone J, Meggs WJ, Brubacher J, DeRoos F, Nelson L, Shih RD, and Hoffman RS.  Epidemic anticholinergic poisoning from scopolamine tainted heroin.  *Clin Tox* 1995;33:502.

49.  Meggs WJ, Elsheikh T, Metzger WJ, and Albernaz MS.  Nasal pathology of persistent rhinitis after chlorine dioxide exposure.  *J Allergy Immunol* 1995;95:260.  Presented at the American Academy of Allergy and Immunology 1995 International Symposium, New York City, February 24, 1995.

50.  Meggs WJ, Morasco R, Shih RD, Goldfrank LR, and Hoffman RS.  Effects of Prussian blue and N-acetylcysteine on thallium toxicity in mice.  *Vet Human Toxicol* 1994;36:364.  Presented at the Annual Meeting of the American Academy of Clinical Toxicology, Salt Lake City, September 23-26, 1994.

51.  DeAnnuntis GJ, Fill S, Meggs WJ, Shih RD, Hoffman RS, and Weisman RS.  Anticholinergic poisoning from Paraguay tea: a need for further regulation.  *Vet Human Toxicol* 1994;36:359.  Presented at the Annual Meeting of the American Academy of Clinical Toxicology, Salt Lake City, September 23-26, 1994.

52. Giorgi DF, Lobel D, Morasco R, Shih RS, <u>Meggs WJ</u>, Goldfrank LR, and Hoffman RS. N-acetycysteine for pennyroyal oil toxicity. *Vet Human Toxicol* 1994;36:358. Presented at the Annual Meeting of the American Academy of Clinical Toxicology, Salt Lake City, September 23-26, 1994.

53. <u>Meggs W</u>, Thomas S, and Stone K. Electrolyte abnormalities in a canine model of digoxin poisoning treated with monoclonal antibody. *Vet Human Toxicol* 1994;36:347. Presented at the Annual Meeting of the American Academy of Clinical Toxicology, Salt Lake City, September 23-26, 1994.

54. Goodman PE, <u>Meggs WJ</u>, and Dunn KA. Emergency department visits in a general population: factors affecting utilization. *Academic Emergency Medicine* 1994; 1:A83-A84.

55. <u>Meggs WJ</u>, Cleveland CH, Metzger WJ, Larkin E, and Albernaz M. Reactive upper airways dysfunction syndrome (RUDS): A form of irritant rhinitis induced by a chemical exposure. *J Allergy Clin Immunol* 1992;89:145. Presented at the 48th Annual Meeting of the American Academy of Allergy and Immunology. March 6, 1992.

56. <u>Meggs WJ</u>, Yongue AC, and Metzger WJ. Stem cell dynamics in asthma: Correlation between peripheral blood stem cells and monocytes. *J Allergy Immunol* 1991;87:248. March 4, 1991.

57. <u>Meggs WJ</u>, Hoffman DR, Thomas JM, and Yongue AC. A preliminary study of the SCID-hu mouse as a model for atopy. *J Allergy Clin Immunol* 1990;85:299.

58. <u>Meggs WJ</u>, Yongue AC, Coale JS, and Fisher, RH. Methylcellulose culture of human marrow in the presence of supernatants from immunologically degranulated human peripheral blood basophils. 4th Annual Conference on Clinical Immunology, Washington, D.C., November 4-6, 1989.

59. <u>Meggs WJ</u>. Quantitative evidence that internal electric fields determine the mitotic spindle structure. *FASEB Journal* 1989;3:2704A.

60. <u>Meggs WJ</u>. Theoretical calculations which clarify the role of electric fields in the spatial organization of microtubules in chemotaxis and mitosis. *Fed Proc* 1987;46:981(387A).

61. Bressler RB, <u>Meggs WJ</u>, Kaliner MA, and Metcalfe DD. Plasma histamine levels in mast cell disorders. *J Allergy Clin Immunol* 1986;77:207.

62. Barrett KE, <u>Meggs WJ</u>, Szucs E, and Metcalfe DD. Factor-independent growth of human histamine-containing cells in long-term culture. *Fed Proc* 1985;44:586(1026A).

63. Meggs WJ, Friedman MM, Kramer N, and Metcalfe DD.  Lymphadenopathic mastocytosis with eosinophilia.  *Clin Res* 1985;33:162A.

64. Meggs WJ, Atkins FM, Wright RH, Fishman M, Kaliner MA, and Metcalfe DD.  Sulfite challenges in patients with systemic mastocytosis or unexplained anaphylaxis.  *J Allergy Clin Immunol* 1985;75:160A.

65. Meggs WJ, Pescovitz OH, Metcalfe DD, Loriaux L, Cutler G,  and Kaliner M.  A case of recurrent idiopathic anaphylaxis responding to gonadotropin suppression.  *J Allergy Clin Immunol* 1984;73:12A.

66. Frieri M, Levine MA, Meggs WJ, Kaliner M, Deftos LJ, and Metcalfe DD.  Correlates of bone pain in systemic mastocytosis.  *Clin Res* 1983;31:386A.


Editorials

1. Meggs WJ.  Gulf War Syndrome, Chronic Fatigue Syndrome and the Multiple Chemical Sensitivity Syndrome:  Stirring the Cauldron of Confusion.  *Arch Envir Health* 1999;54:309-311.

2. Bartha L, and others including Meggs WJ.  Multiple Chemical Sensitivity: A 1999 Consensus.  *Arch Envir Health* 1999;54:147-149.


Conference Proceedings

1. Moses M, Johnson ES, Anger WK, Burse VW, Horstman SW, Jackson RJ, Lewis RG, Maddy KT, McConnell R, Meggs WJ, and Zahm SH.  Environmental equity and pesticide exposure.  *Toxicol Ind Health* 1993;9:913-959.

2. Henry CJ, Fishbein L, Meggs WJ, et al.  Approaches for assessing health risks from complex mixtures in indoor air:  A panel overview.  *Environmental Health Perspectives* 1992;95:135-143.


Book

1.   Binns JH, Barlow C, Bloom FE, Clauw DJ, Golomb BA, Greaves JC, hardie A, Know ML, Meggs WJ, nettleman MD, O'Callaghan JP, Smithson S, Steele L, White RF. *Gulf War illness and the Health of Gulf War Veterans: Scientific Findings and Recommendations*. Research Advisory Committee on Gulf War Veterans' Illnesses. US Government Printing Office, November 2008.

2.   Meggs WJ, Svec C. *The Inflammation Cure*. New York, New York: Contemporary Books Division of McGraw-Hill, 2003.

3.   Talmadge D, <u>Meggs WJ</u>, et al. *Biomarkers of Immunotoxicity*. Washington, D.C.: National Academy of Sciences; 1992.


Book Edited

1.   Langley RL, McLymere R Jr, <u>Meggs WJ</u>, and Roberson GT, eds. *Safety and Health in Agriculture, Forestry, and Fisheries*. Rockville, Md.: Government Institutes; 1997.


Book Chapters

1.   Meggs WJ. Growing up with Phil. In Carter R, Meggs L, *Meggs: Making Graphic Design History*. McGraw-Hill, New York, 2007. pp 18-24.

2.   Robey WC III, Meggs WJ. Insecticides, herbicides, rodenticides, chapter 182. In: Tintinalli JE, Kelen GD, Stapczynski JS, eds., *Emergency Medicine: A Comprehensive Study Guide*, 6th Edition. New York, McGraw-Hill, 2003:1134-1142.

3.   Langley RL, Meggs WJ. Farmers and farm personnel, chapter 15. In: Greenberg MI, Hamilton RJ, Phillips SC, McCluskey GI, eds., *Occupational, Industrial, and Environmental Toxicology*, 2nd Edition. Philadelphia, Mosby, 2003:154-161.

4.   Meggs WJ. Immune Principles, chapter 15. In: Goldfrank LR, et al., eds*., Goldfrank's Toxicological Emergencies*, 7th Edition. New York, McGraw-Hill, 2002:231-243.

5.   Meggs WJ. Farmer Toxicology, chapter 111. In: Goldfrank LR, et al., eds*., Goldfrank's Toxicological Emergencies*, 7th Edition. New York, McGraw-Hill, 2002:1690-1698.

6.   Sullivan JB Jr, Brooks BO, <u>Meggs WJ</u>. Clinical Immunotoxicology and allergy, chapter 25. In: Sullivan JB Jr., Krieger GR, eds., *Clinical Environmental Health and Toxic Exposures*. Philadelphia, Lippincott Williams & Wilkins, 2001:310-347.

7.   Sullivan JB Jr, Bell IR, <u>Meggs WJ</u>. Low level chemical sensitivity and chemical

intolerance, chapter 32. In: Sullivan JB Jr., Krieger GR, eds., *Clinical Environmental Health and Toxic Exposures.* Philadelphia, Lippincott Williams & Wilkins, 2001:412-430.

8. Meggs WJ. Hypersensitivity Reactions. In: Ford, MD, et al., eds., *Clinical Toxicology*, Philadelphia, W.B. Saunders, Co., 2000:230-235.

9. Meggs WJ. Hymenoptera. In: Ford, MD, et al., eds, *Clinical Toxicology*, Philadelphia, W. B. Saunders, Co., 2000:894-898.

10. Meggs WJ. Global Warming. In: Williams LK, Langley R, eds. *Environmental Health Secrets.* Philadelphia, Hanley & Belfus; 2000:30-33.

11. Meggs WJ. Plant Poisonings. In: Williams LK, Langley R, eds. *Environmental Health Secrets.* Philadelphia, Hanley & Belfus; 2000:214-218.

12. Meggs WJ. Immunologic principles. In: Goldfrank LR, Flomenbaum NE, Lewin NA, et al., eds. *Goldfrank's Toxicologic Emergencies*, 6th ed. Stamford, CT, Appleton & Lange; 1998:229-242.

13. Meggs WJ. Farmers. In: Goldfrank LR, Flomenbaum NE, Lewin NA, et al., eds. *Goldfrank's Toxicologic Emergencies,* 6th ed. Stamford, CT, Appleton & Lange; 1998:1755-1764.

14. Brown RL and Meggs WJ. Myocardial manifestations of systemic diseases. In: Agababian RV, ed. *Emergency Medicine: The Core Curriculum.* Philadelphia-New York, Lippincott-Raven; 1998:154-159.

15. Meggs WJ and Hoffman RS. Phenothiazines and other neuroleptics. In: Howell JM, Altieri M, Jagoda AS, Prescott JE, Scott JL, Stair TO, eds. *Emergency Medicine.* Philadelphia, Pa., W.B. Saunders Company; 1997:1489-1493.

16. Meggs WJ and Langley RL. Office personnel. In: Greenberg MI, ed. *Occupational, Industrial, and Environmental Toxicology.* St. Louis, MO, Mosby-Year Book, Inc.; 1997:203-209.

17. Langley RL and Meggs WJ. Farmers and farm personnel. In: Greenberg MI, ed., *Occupational, Industrial, and Environmental Toxicology.* St. Louis, MO, Mosby-Year Book, Inc.; 1997:105-111.

18. Meggs WJ, Langley RL, McLymere R Jr, and Roberson GT. Overview of safety and health in agriculture, forestry, and fisheries. In: Langley RL, McLymere R Jr, Meggs WJ,

Roberson GT, eds. *Safety and Health in Agriculture, Forestry, and Fisheries.* Rockville, Md., Government Institutes; 1997:3-7.

19. Meggs WJ and Langley RL.  Chemical hazards of farming.  In:  Langley RL, McLymere R Jr, Meggs WJ, Roberson GT, eds.  *Safety and Health in Agriculture, Forestry, and Fisheries.*  Rockville, Md., Government Institutes; 1997:249-265.

20. Meggs WJ.  Federal regulation of fishing vessels.  In:  Langley RL, McLymere R Jr, Meggs WJ, Roberson GT, eds.  *Safety and Health in Agriculture, Forestry, and Fisheries.*  Rockville, Md., Government Institutes; 1997:721-724.

21. Meggs WJ.  Cardiovascular manifestations of systemic diseases.  In: Aghababian RV, ed.  *Emergency Manifestations of Cardiovascular Disease.* Boston, Butterworth Heinemann; 1994:293-305.

22. Meggs WJ, Langley R, and James P.  Farm toxicology.  In:  Goldfrank LR, et al., eds.  *Toxicological Emergencies.*  New York, Appleton-Lange; 1994:1277-1285.

23. Smilkstein M, Howland MA, and Meggs WJ.  Immunologic principles.  In:  Goldfrank LR, et al., eds.  *Toxicological Emergencies.*  New York, Appleton-Lange; 1994:409-420.

24. Meggs WJ.  Immunopathological mechanism of disease and the multiple chemical sensitivity syndrome.  In:  *Multiple Chemical Sensitivities.*  Washington, D.C.,  National Academy Press; 1992:155-168.

25. Meggs WJ.  Developing clinical research protocols for studying chemical sensitivities.  In:  *Multiple Chemical Sensitivities.*  Washington, D.C.,  National Academy Press; 1992:151-153.

Reports

1. Binns JH, Cherry N, Golomb BA, Graves JC, Haley RW, Know ML, Meggs WJ, Pellier PJ, Robinson SL, Smithson S, Steele L, Melling J.  Scientific Progress in Understanding Gulf War Veterans' Illnesses. US Department of Veterans Affairs. November 2004 .

Letters

1.  Meggs WJ. In Reply: Heparin Reverses Anaphylactoid Shock in a Porcine Model. Ann Emerg Med 2007;49:541-542.

2.  Meggs WJ. Fallacies in the refutation of causality. Clin Tox 2005;43:383-384.

3.  Meggs WJ.  Neuropsychologic impairment, MRI abnormalities, and solvent abuse. *J Toxicol Clin Toxicol* 2003;41(2):209-10.

4.  Meggs WJ.  Psychogenic versus biologic basis for chemical sensitivity (letter).  *J Allergy Clin Immunol* 1997;100:855-856.

5.  Meggs WJ.  Nifedipine in hypertensive emergencies (letter).  *JAMA* 1997;277:787.

6.  Meggs WJ.  Care in the Rochester experimental payment program (letter).  *JAMA* 1987;257:3227-3228(23).

7.  Meggs WJ. Chemical sensitivity in eastern North Carolina.  Public Forum.  *The Daily Reflector.*  Greenville, NC page D2, January 28, 1996.

## PRESENTATIONS

Papers

1.  Meggs WJ. Benzodizepene resistant sympathomimetic toxidrome responding to pentobarbital. European Association of Poison Centers and Clinical Toxicology. Bordeaux, May 2010.

2.  Meggs WJ. Myocardial infarction associated with overdose of paroxetine and citalopram and features of serotonin syndrome. European Association of Poison Centers and Clinical Toxicology. Bordeaux, May 2010..

3.  Meggs WJ. Inhaled albuterol as a drug of abuse. European Association of Poison Centers and Clinical Toxicology. Bordeaux, May 2010.

4.  Meggs WJ. Lethality of diphenhydramine in a porcine model of intravenous rattlesnake envenomation. European Association of Poison Centers and Clinical toxicology. Stockholm, Sweden, May 14, 2009.

5.  Meggs WJ. Pressure-immmobilization bandages for rattlesnake bites prevent lethal

hyperkalemia from necorsis in a porcine model. American College of Emergency Physicians Research Forum. Chicago, October 28, 2008.

6.   Meggs WJ. Pressure immmobilization bandages prevent lethality in a porcine model of rattlesnake envenomation. European Association of Poison Centers and Clinical Toxicology. Seville, Spain, May 6, 2008.

7.   Meggs WJ. Venom Lysis Syndrome: A cause of lethality in rattlesnake venomation. North American Congress of Clinical Toxicology. New Orleans, October 22, 2007.

8.   Meggs WJ. Effiaccy of North American Crotalid antivenin against the African viper *Bitis Gabonica* (Gaboon Viper).  American College of Emergency Physicians Research Forum. New Orleans, LA. October 16, 2006.

9.   Meggs WJ. Lithium overdose with EKG changes suggesting ischemia. North American Congress of Clinical Toxicology. San Francisco. October 8. 2006.

10.  Meggs WJ. Weight gain associated with exposure to the insecticide chlorpyrifos. Diabetes and obesity research day. The Diabetes & Obesity Center of East Carolina University. Greenville, NC. May 3, 2006.

11.  Meggs WJ. Weight gain associated with chlorpyrifos exposure in rats. European Congress of Poison Centers and Clinical Toxicologists. Prague. April 22, 2006.

12.  Meggs WJ. Preliminary report: Toxicity of chronic low-level exposures to organophosphorus insecticides. North American Congress of Clinical toxicology. Orlando, FL. September 10, 2005.

13.  Meggs WJ. Gaboon viper envenomation in North America. North American Congress of Clinical toxicology. Orlando, FL. September 10, 2005.

14.  Meggs WJ. Effects of amiodarone in a porcine model of tricyclic antidepressant poisoning. Research Forum. American College of Emergency Physicians. September 26, 2005.

15.  Meggs WJ. Meggs WJ. Systemic toxicity of calcium ionophore A23187: A model for anaphylaxis. North American Congress of Clinical Toxicology. Seattle, September 12, 2004.

16.  Meggs WJ. Oxygenation of paralyzed pigs with high-flow tracheal oxygen. 2005 Annual Meeting of the Society for Academic Emergency Medicine. New York NY. May 23, 2005.

17.  Meggs WJ. Environmental Medicine in the United States: From Beginnings to Science. 7th Congresso Internazionale teroico pratico di Nutrizione Olistica. Lac Garda, Venito, Italy.

May 23, 2005.

18. Meggs WJ. Drugs of Abuse in Eastern North Carolina: What Physicians should know. Grand Rounds. Onslow Memorial Hospital. Jacksonville, NC. October 12, 2004.

19. Meggs WJ. Fluoride poisoning at a toothpaste factory. 40th Annual meeting of the European Association of Poison Centers and Clinical Toxicology, Strausberg, France, June 2, 2004.

20. Hack JB, Woody JH, Brewer K, Meggs WJ. Pilot study: Use of calcium chloride to treat hyperkalemia due to acute digoxin toxicity in a swine model. North American Congress of Clinical Toxicology 2003, Chicago, IL, September 4-8, 2003.

21. Meggs WJ. Delayed onset of toxicity with unknown pesticide ingestion. XXIII International Conference. European Association of Poison Centers and Clinical Toxicologies. Rome, Italy. May 22, 2003.

22. Meggs WJ. Cardiac toxicity of thioridazine in a porcine model. 2002 North American Congress of Clinical Toxicology. Palm Springs, CA, September 26, 2002.

23. Meggs WJ. Trends in fatal drug overdoses: United States, 1983-2000. 2002 North American Congress of Clinical Toxicology. Palm Springs, CA, September 27, 2002.

24. Meggs WJ. Airway abnormalities associated with sick building syndrome. The 2001 North American Congress of Clinical Toxicology. Montreal, Quebec, Canada, October 9, 2001.

25. Meggs WJ. Encephalopathy following chronic carbon monoxide poisoning. The 2001 North American Congress of Clinical Toxicology. Montreal, Quebec, Canada, October 8, 2001.

26. Meggs WJ. Oral prophylaxis of organophosphate poisoning in mice. 1999 North American Congress of Clinical Toxicology. La Jolla, California, October 1, 1999.

27. Meggs WJ. Double-blinded randomized comparison of oral doxepin and diphenhydramine in treating acute urticaria. American College of Emergency Physicians Research Forum. Las Vegas, NV, October 11, 1999.

28. Meggs WJ, Bowls B. Oral atropine and pralidoxime in organophosphate poisoning. European Association of Poison Centers & Clinical Toxicologists, XIX International Congress, Dublin. Ireland, June 22-25, 1999.

29. Meggs WJ, Lowry B, Bradfield J, Carroll R. A controlled study of the systemic effects of

topical nitroglycerin in a rabbit model of brown recluse spider envenomation. North American Congress of Clinical Toxicology. Orlando, Florida, September 12, 1998.

30. Meggs WJ. Trends in emergency department utilization, 1988 to 1997. Society for Academic Emergency Medicine 1998 Annual Meeting. Chicago, IL, May 19, 1998.

31. Meggs WJ. Self reports of depression among those reporting sensitivity to allergens and irritants. 54th annual meeting of the American Academy of Allergy, Asthma, and Immunology. Washington, DC. March 17, 1998.

32. Manring E, Meggs WJ, Pape G, Ford M. Toxicity of an intravenous infusion of isoprophl alcohol. American Academy of Clinical Toxicology, 1997 Annual Meeting. St. Louis, September 17, 1997.

33. Meggs WJ. Generalized pharmacokinetics for application to overdoses, including sustained release products. 1997 Annual Meeting. Society for Academic Emergency Medicine. Washington, DC. May 21, 1997. (Poster presentation)

34. Meggs WJ. Forecasting medical costs: Effects of inflation and changing disease prevalence. (Abstract) 1997 Annual Meeting. Society for Academic Emergency Medicine. Washington, DC. May 21, 1997. (Poster presentation)

35. Meggs WJ and Hoffman RS. Intraventricular vincristine fatality. North American Congress of Clinical Toxicology. Portland, Oregon, October 12, 1996.

36. Meggs WJ, Perrone J, DeRoos F, and Hoffman RS. Epidemiology of substance abuse at the 1994 Woodstock Music Festival. North American Congress of Clinical Toxicology. Rochester, NY, September 16-19, 1995.

37. Meggs WJ, Elsheikh T, Metzger WJ, Albernaz M, and Bloch R. Nasal pathology and ultrastructure in persistent rhinitis with chemical sensitivity after chlorine dioxide exposure. North American Congress of Clinical Toxicology. Rochester, NY, September 16-19, 1995.

38. DeRoos FJ, Perrone J, Meggs WJ, Hoffman RS, and Quame B. Laboratory confirmation of suspected substance abuse at the 1994 Woodstock Music Festival. North American Congress of Clinical Toxicology. Rochester, NY, September 16-19, 1995.

39. Meggs WJ, Goldfrank LS, and Hoffman RS. Effects of potassium in a murine model of thallium poisoning. North American Congress of Clinical Toxicology. Rochester, NY, September 16-19, 1995.

40. Meggs WJ, Dunn KA, and Goodman PE. Prevalence of sensitivity to allergens and chemical irritants in a general population. Aspen Allergy Conference. Aspen, CO, July 19-

23, 1994.

41.  Meggs WJ, Hoffman RS, Shih RD, Howland, MA, Weisman RS, and Goldfrank LR. Malicious thalium poisoning: rapid diagnosis by X-ray, laboratory, and clinical evaluation. 1993 International Congress of Clinical Toxicology. New York, September 10, 1993.

42.  Meggs WJ. Inequities in health effects of pesticides. U. S. Environmental Protection Agency Workshop on Equity in Environmental Health. Durham, NC. May 24-25, 1992.

43.  Meggs WJ, Cleveland CH, Metzger WJ, Larkin E, and Albenaz M. Reactive upper airways dysfunction syndrome (RUDS): A form of irritant rhinitis induced by a chemical exposure. *J Allergy Clin Immunol* 1992;89:145. Presented at the 48th Annual Meeting of the American Academy of Allergy and Immunology. March 6, 1992.

44.  Meggs WJ, Fisher R, Metzger WJ, Cleveland CH, and Gray J. Prevalence of skin test reactivity to corn smut and other basidiosphores in an agrarian district. Aspen Allergy Conference. Aspen, Colorado. July 25, 1991.

45.  Meggs WJ. Development of clinical research protocols for the multiple chemical sensitivity syndrome. National Research Council Workshop on the Multiple Chemical Sensitivity Syndrome. Irvine, California. March 19, 1991.

46.  Meggs WJ. Immunological mechanisms in the multiple chemical sensitivity syndrome. National Research Council Workshop on the Multiple Chemical Sensitivity Syndrome. Irvine, California. March 19, 1991.

47.  Meggs WJ, Yongue AC, and Metzger WJ. Stem cell dynamics in asthma: Correlation between peripheral blood stem cells and monocytes. Forty-seventh Annual meeting of the American Academy of Allergy and Immunology, San Francisco, California. March 4, 1991. *J Allergy Immunol* 1991;87:248.

48.  Meggs WJ. Immunological mechanisms in sensitivity to environmental chemicals. Invited Speaker, 119th Meeting of the American Public Health Association. Atlanta, Georgia. November 15, 1991.

49.  Meggs WJ, Yongue AC, and Metzger WJ. Stem cells appear in the peripheral blood during the late phase of bronchospasm in the allergic asthmatic rabbit. Eighth Annual Aspen Allergy Conference. Aspen, Colorado. July 25, 1990.

50.  Meggs WJ, Yongue AC, Coale JS, and Fisher RH. Methylcellulose culture of human marrow in the presence of supernatants from immunologically degranulated human peripheral blood basophils. 4th Annual Conference on Clinical Immunology. Washington, D.C., November 4-6, 1989.

51.  <u>Meggs WJ</u> and Ticehurst M.  Occupational allergy to gypsy moth larva exoskeleton among entomology laboratory workers.  Sixth Annual Aspen Allergy Conference. Aspen, Colorado, July, 1988.

52.  <u>Meggs WJ</u>, Frieri M, Costello RO, Metcalfe DD, and Papadopoulos N.  Oligoclonal antibodies in systemic mastocytosis.  XII International Congress of Allergology and Clinical Immunology.  Washington, D.C., 1985.

53.  Chernerc JA, Jensen RT, O'Dorisio TM, <u>Meggs WJ</u>, Gardner JD, and Metcalfe DD. Gastrointestinal abnormalities in systemic mastocytosis.  American Gastroenterological Association, New York City, May, 1985.


Panels

1.  Brown CK, Ford M, <u>Meggs WJ</u>.  Controversies in Toxicology.  June Jam.  NC Chapter of the American College of Emergency Physicians.  Wrightsville Beach, NC.  June 3, 2000.

2.  <u>Meggs WJ</u>.  Treatment protocols for Gulf War Syndrome.  CDC Conference, Research Planning for Gulf War Syndrome, Atlanta, GA.  February 20-March 2, 1999.

3.  <u>Meggs WJ</u>.  Chemical sensitivity in the general population.  CDC Conference, Research Planning for Gulf War Syndrome, Atlanta, GA.  February 20-March 2, 1999.

4.  <u>Meggs WJ</u>.  Panel participant on hypersensitivity disorders.  Agency for Toxic Substances and Diseases Registry Workshop on Immune Testing.  Atlanta, GA.  June 22-23, 1992.

5.  <u>Meggs WJ</u>.  Biomarkers of Immunotoxicology, Invited talk, International Life Sciences Institute Risk Science Institute Conference on Methodology for Assessing Health Risks from Complex Mixtures in Indoor Air, Washington, DC, April 17-19, 1990.

6.  <u>Meggs WJ</u>.  Round table discussant.  U.S. Environmental Protection Agency Seminar on Sensitivity to Environmental Chemicals, E.P.A.  Waterside Mall, Washington, DC, March 26, 1990.

Lectureships

1.  Meggs WJ. Health Effects of Pesticides. Occupational & Environmental Health for rural health Professionals. The Core Course. North Caroline Agricultural Medicine Institute. Greenville, NC. December 2, 2009.

2.  Meggs WJ. Toxicity of Over The Counter Drugs and Products. Common Everyday

Emergencies. Continuing Education Program. Brody School of Medicine and Eastern Area Health Education Comission. Greenville, North Carolina, December 4, 2009.

3.  Meggs WJ. Poisonous Snakes of North Carolina: New Approaches to Treatment. Grand Rounds. Craven County Medical Society. New Bern, North Carolina. October 25, 2009.

4.  Meggs WJ. Toxic Alcohols. Southeastern Emergency Nurses Association. New Bern, North Carolina. October 24, 2009.

5.  Meggs WJ. Drugs Abuse: Medical Aspects That Every College Student Should Know. Substance Abuse Week. Mount Olive College. Mount Olive, North Carolina. October 22, 2009.

6.  Meggs WJ. Enhanced reactions to occupational and environmental toxins. 2009 South Eastern Atlantic College of Occupational and Environmental Medicine Annual Symposium. Hilton New Bern Riverfront. New Bern, North Carolina. September 18, 2009.

7.  Meggs WJ. Approach to the poisoned patient for physician assistants. East Carolina University Physicians Assistant Program. September 17, 2009.

8.  Meggs WJ. Common poisonings the physician assistant needs to know. East Carolina University Physicians Assistant Program. September 17, 2009.

9.  Meggs WJ. Inflammation, diet, and disease. Florida Association of Dietetics. Naples, Florida. July 15, 2009.

10.  Meggs WJ. Lifelong Learning Self Assessment in Emergency Medicine. June Jam 2009. North Carolina College of Emergency Physicians. Myrtle Beach, SC. June 12, 2009.

11.  Meggs WJ. Flumazenil and Naloxone. Grand rounds. Cherry Hospital. Goldsboro, NC. April 7, 2009.

12.  Meggs WJ. Neurotoxic effects of chemical exposures. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 2, 2009.

13.  Meggs WJ. An overview of Toxicology. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 2, 2009.

14.  Meggs WJ. How to evaluate and optimally document the findings of the chemically injured patient. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 3, 2009.

15.  Meggs WJ. Working up the chemically injured patient. Practical cases for causation-injury.

American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 3, 2009.

16. Meggs WJ. Outdoor air pollution. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 3, 2009.

17. Meggs WJ. Pesticides and pyrethroid poisoning. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 2, 2009.

18. Meggs WJ. Indoor air pollution. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 3, 2009.

19. Meggs WJ. Neurotoxic effects from environmental chemicals. American Academy of Environmental Medicine 2009 Instruction Course. Kansas City. April 3, 2009.

20. Meggs WJ. Advanced Chemical Poisonings. Bellevue Intensive Toxicology Course. Bellevue Hospital, New York, March 11, 2009.

21. Meggs WJ. Bioterrorism: What Community Physicians Should Know. Grand Rounds. Onslow Memorial Hospital. Jacksonville, NC. November 11, 2008.

22. Meggs WJ. Epidemics of Mold Poising Present. 26th Annual Symposium International Symposium on Man and His Environmental in Health and Disease. American Environmental Health Foundation. Dallas, TX. June 19, 2008.

23. Meggs WJ. Epidemics of Mold Poising Past. 26th Annual Symposium International Symposium on Man and His Environmental in Health and Disease. American Environmental Health Foundation. Dallas, TX. June 19, 2008.

24. Meggs SM, Greer AG, Meggs WJ. Inter-Professional Innovative Education: Interior Design and Health Sciences Collaboration. All Together Better Health IV Conference. Karolinska Institute, Stockolm, Sweden. June 4, 2008.

25. Meggs WJ. Mechanisms for Toxic Induction of Asthma, Rhinitis, and Chemical Hyper-reactivity. Fundación Alborada. Finca Del Olivar, Brunette, Madrid, Spain. May 29, 2008.

26. Meggs WJ. History of Environmental Medicine in the United States. Fundación Alborada. Finca Del Olivar, Brunette, Madrid, Spain. May 30, 2008

27. Meggs WJ. Inflammation, Disease, and Diet. 75th Annual Meeting & Expo. North Carolina Dietetic Association. Research Triangle Park, NC. April 21, 2008

28. Meggs WJ. Neurotoxic effects of chemical exposures. American Academy of

Environmental Medicine 2008 Instruction Course. Kansas City. February 29, 2008.

29. Meggs WJ. An overview of Toxicology. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. February 29, 2008.

30. Meggs WJ. How to evaluate and optimally document the findings of the chemically injured patient. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. February 28, 2008.

31. Meggs WJ. Working up the chemically injured patient. Practical cases for causation-injury. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. February 28, 2008.

32. Meggs WJ. Outdoor air pollution. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. February 28, 2008.

33. Meggs WJ. Pesticides and pyrethroid poisoning. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. February 29, 2008.

34. Meggs WJ. Indoor air pollution. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. February 29, 2008.

35. Meggs WJ. Neurotoxic effects from environmental chemicals. American Academy of Environmental Medicine 2008 Instruction Course. Kansas City. April 28, 2006.

36. Meggs WJ. Bioterrorism. Cherry Point Naval Clinic. Cherry Point Naval Air Station. Havelock, NC. January 17. 2008.

37. Meggs WJ. Bioterrorism. Emergency Medicine Interest Group. Brody School of Medicine. Greenville, NC. January 15, 2008.

38. Meggs WJ. Hidden Inflammation: How it undermines our health. National Institute for Clinical Applications of Behavioral Medicine. Hilton Head, SC. December 6, 2007.

39. Meggs WJ. Inflammation: Where Mind, Body, and Disease Meet. Keynote Address. National Institute for Clinical Applications of Behavioral Medicine. Hilton Head, SC. December 6, 2007.

40. Meggs WJ. Wilderness Medicine. Emergency Medicine Interest Group. Brody School of Medicine. November 5, 2007.

41. Meggs WJ. Choosing a Research Field. Keynote speaker, Medical Toxicology Fellows-In-Training Luncheon, American College of Medical Toxicology annual meeting, New

Orleans, October 22, 2007.

42. Meggs WJ. Chemical Hazards of Farming. Pamlico-Albemarle Medical Society. Washington, NC, September 6, 2007.

43. Meggs WJ. Drugs of Abuse: New Drugs, Old toxicities. Department of Emergency Medicine and Nebraska Poison Center, University of Nebraska Medical Center, Omaha, NE, July 23, 2007.

44. Meggs WJ. Environmental medicine and gulf war illnesses: Does the map fit the territory? University of Texas Southwest, Dallas Veterans administration Hospital, and the Department of Veterans Affairs Research Advisory Committee on Gulf War Illnesses. Dallas, TX, July 19, 2007.

45. Meggs WJ. Poisonings involving the autonomic nervous system. Public Interest Session. 25th International Conference on Man and his Environment in Health and Disease. American Environmental Health Foundation. Dallas, TX, June 9, 2007.

46. Meggs WJ. Neurotoxicity and the autonomic nervous system II. Diagnosis and Treatment. 25th International Conference on Man and his Environment in Health and Disease. American Environmental Health Foundation. Dallas, TX, June 9, 2007.

47. Meggs WJ. Neurotoxicity and the autonomic nervous system I. Etiology. 25th International Conference on Man and his Environment in Health and Disease. American Environmental Health Foundation. Dallas, TX, June 7, 2007.

48. Meggs WJ. Amphetamines: What's on the Horizon. Keynote Address. North Carolina Methamphetamine conference. Raleigh, NC. January 6, 2007.

49. Meggs WJ. Methamphetamine emergencies. North Caroline Methamphetamine Conference. Raleigh, NC. January 6, 2007.

50. Meggs WJ. Drugs of Abuse in Eastern North Carolina: What physicians should know. Grand Rounds. Chowan Hospital, Edenton, NC. January 23, 2007.

51. Meggs WJ. Health effects of indoor and outdoor air pollution. Environmental Health Day. Otterbein College. Westerville, Ohio. October 17, 2006.

52. Meggs WJ. Health assessment and public health. American College of Medical Toxicology board review course. Dallas, September 16, 2006.

53. Meggs WJ. Chemical carcinogenesis. Meggs WJ. American College of Medical Toxicology board review course. Dallas, September 16, 2006.

54. Diagnosable medical conditions related to chemical exposures. MCS Case Definition conference. Chemical Injury Information Network. San Francisco, CA. August 7, 2006.

55. Meggs WJ. Encephalopathy from chronic exposures to organophosphate insecticides. 24th International Conference on Man and His Environment in Health and Disease. Dallas TX, June 11, 2006.

56. Meggs WJ. Environmental chemicals and the obesity epidemic. 24th International Conference on Man and His Environment in Health and Disease. Dallas TX, June 8, 2006.

57. Meggs WJ. An overview of Toxicology. American Academy of Environmental Medicine 2006 Instruction Course. Kansas City. April 28, 2006.

58. Meggs WJ. Pesticides and pyrethroid poisoning. American Academy of Environmental Medicine 2006 Instruction Course. Kansas City. April 28, 2006.

59. Meggs WJ. Outdoor air pollution. American Academy of Environmental Medicine 2006 Instruction Course. Kansas City. April 28, 2006.

60. Meggs WJ. Indoor air pollution. American Academy of Environmental Medicine 2006 Instruction Course. Kansas City. April 28, 2006.

61. Meggs WJ. Neurotoxic effects from environmental chemicals. American Academy of Environmental Medicine 2006 Instruction Course. Kansas City. April 28, 2006.

62. Meggs WJ. Case presentations: two cases of pesticide toxicity. American Academy of Environmental Medicine 2006 Instruction Course. Kansas City. April 28, 2006.

63. Meggs WJ. Update on drugs of abuse. Everyday Emergencies. Brody School of Medicine/Eastern AHEC Conference. March 17, 2006.

64. Howland MH, Meggs WJ, Extracorporal Elimination of Poisons. Bellevue Toxicology Conference. Bellevue Hospital Center and the New York City Poison Center.. New York. March 9 & 10, 2006.

65. Meggs WJ. Systemic Anaphylaxis. Emergency Medicine Interest Group. Brody School of Medicine. February 27, 2006.

66. Meggs WJ. Inflammation: Role in Aging and Cardiovascular Disease. Keynote Speaker. 2006 Leadership Conference. Natures Sunshine Products. Panama City, Florida. February 14, 2006.

67. Meggs WJ. Drugs of abuse in eastern North Carolina—What physicians should know. Grand Rounds, Onslow Memorial Hospital, Jacksonville, NC.  January 10, 2006.

68. Meggs WJ. Drugs of abuse. Grand rounds. Seymore Johnson Air Force Base Medical Facility. Goldsboro, NC. December 21, 2005.

69. Meggs WJ. Dental Toxicity of Drugs of Abuse and the Meth Mouth. Mountain Area health Education Center. Asheville, NC. October 13, 2005.

70. Meggs WJ. Substance Abuse: What's New and What's Old. Mountain Area Health Education Center. Asheville, NC. October 14, 2005.

71. Meggs WJ. Neurogenic inflammation, chemical sensitivity, and autonomic dysfunction. 23rd Annual International Symposium on Man and his Environment in Health and Disease. Dallas, TX. June 9, 2005.

72. Meggs WJ. The urgent need for research in environmental Medicine. Public symposium. 23rd Annual International Symposium on Man and his Environment in Health and Disease. Dallas, TX. June 11, 2005.

73. Meggs WJ. History of Environmental Medicine. 5th UNC Integrative Medicine Conference. University of North Carolina at Chapel Hill. Chapel Hill, NC. March 19, 2005.

74. Meggs WJ. Hydrogen sulfide: Rethinking permissible exposure levels. 23rd Annual International Symposium on Man and his Environment in Health and Disease. Dallas, TX. June 12, 2005.

75. Meggs WJ. The Scientific Basis for Chemical Sensitivity. 5th UNC Integrative Medicine Conference. University of North Carolina at Chapel Hill. Chapel Hill, NC. March 19, 2005.

76. Meggs WJ. Withdrawal Syndromes. Bellevue Toxicology Conference. Bellevue Hospital Center and the New York Poison Center. New York, NY. March 10-11, 2005.

77. Meggs WJ. Toxic Terrorism. Seaboard Emergency Nurses Association. Charleston, SC. April 30, 2005.

78. Meggs WJ. Trends in illicit drug use. Seaboard Emergency Nurses Association. Charleston, SC. April 30, 2005.

79. Meggs WJ. Update on systemic anaphylaxis. Emergency Medicine Grand Rounds. Jefferson College of Medicine. Philadelphia, PA. February 24, 2005.

80. Meggs WJ. Medical aspects of drugs of abuse. 20th Annual substance abuse services state

of the art conference. Eastern AHEC. Greenville, NC, November 17, 2004.

81. Meggs WJ. Inflammation and combating diseases of aging. Greenville Christian Women's Club. Greenville, NC. November 16, 2004.

82. Meggs WJ. Inflammation & aging: Delaying the inevitable. 22nd Annual International Symposium on Man & His Environment in Health and Disease, Dallas, TX, June 26, 2004.

83. Meggs WJ. The inflammation cure: Diseases and the environment. 22nd Annual International Symposium on Man & His Environment in Health and Disease. Dallas, TX, June 24, 2004.

84. Meggs WJ. Medical aspects of drugs of abuse. Eastern AHEC. Monroe Center, Greenville, NC. May 4, 2004.

85. Meggs WJ. Medical aspects of drugs of abuse. EMS course. Monroe Center, Greenville, NC. May 22, 2004.

86. Meggs WJ. Outdoor air pollution: what clinicians should know. Instructional course in environmental medicine. American Academy of Environmental Medicine, Overland, KS. April 16, 2004.

87. Meggs WJ. Indoor air pollution: what clinicians should know. Instructional course in environmental medicine. American Academy of Environmental Medicine, Overland, KS. April 16, 2004.

88. Meggs WJ. Inhalation challenge testing for sensitivity to chemicals. Instructional course in environmental medicine. American Academy of Environmental Medicine, Overland, KS. April 16, 2004.

89. Meggs WJ. Overview of toxicology. Instructional course in environmental medicine. American Academy of Environmental Medicine, Overland, KS. April 16, 2004.

90. Meggs WJ. Neurotoxicity of pesticides. Conference on Genetic and Environmental Influences on the Nervous System: Alzheimer's to Xenobiotics. Caesars Palace, Las Vegas, NV. November 22, 2003.

91. Meggs WJ. The inflammation connection: Chemical exposures and airway inflammation. 2003 Chemical Injury Conference. Chemical Injury Information Network. Fairfax, VA. October 4, 2003.

92. Meggs WJ. Club drugs and medical aspects of substance abuse. American Society for Profession Education. Lansing, MI. August 22, 2003.

93. Meggs WJ. Club drugs and medical aspects of substance abuse. American Society for Profession Education. Columbus, OH. August 20, 2003.

94. Meggs WJ. Quantum theory of life. International Conference on Spacetime and Fundamental Interactions: Quantum Aspects. Vietri sur Mare. Salerno, Italy. May 26, 2003.

95. Meggs WJ. Drugs of Abuse Symposium. Wake AHEC. Raleigh, NC. May 12, 2003.

96. Meggs WJ. Club drugs: Drugs of abuse. American Society of Professional Education. Charlotte, NC. April 24, 2003.

97. Meggs WJ. Club drugs: Drugs of abuse. American Society of Professional Education. Washington, DC. April 10, 2003.

98. Meggs WJ. AHLS policies and procedures. Advanced Hazmat Life Support Instructor Course. Greenville, NC. April 16, 2003.

99. Meggs WJ. How to conduct an AHLS program. Advanced Hazmat Life Support Instructor Course. Greenville, NC. April 16, 2003.

100. Meggs WJ. Adult education teaching tools. Advanced Hazmat Life Support Instructor Course. Greenville, NC. April 16, 2003.

101. Meggs WJ. How to conduct interactive case studies. Advanced Hazmat Life Support Instructor Course. Greenville, NC. April 16, 2003.

102. Meggs WJ. General Principles of AHLS I & II. .Advanced Hazmat Life Support Provider Course. Greenville, NC. April 14, 2003.

103. Meggs WJ. Pesticide Poisoning. Advanced Hazmat Life Support Provider Course. Greenville, NC. November 5, 2002.

104. Meggs WJ. Toxic Terrorism. Advanced Hazmat Life Support Provider Course. Greenville, NC. November 5, 2002.

105. Meggs WJ. Management of acute pesticide poisonings. Conference on Pesticides and Health. North Carolina Agromedicine Institute. Greenville, NC. November 22, 2002.

106. Meggs WJ. Chemical hazards of farming. Grand Rounds. Roanoke-Chowan Hospital, Ahoskie, NC. November 8, 2002.

CURRICULUM VITAE                William Joel Meggs, MD, PhD                         Page 40

107. Meggs WJ. AHLS Policies and Procedures. Advanced Hazmat Life Support Instructor Course. Greenville, NC. November 6, 2002.

108. Meggs WJ. How to conduct an AHLS program. Advanced Hazmat Life Support Instructor Course. Greenville, NC. November 6, 2002.

109. Meggs WJ. Adult education teaching tools. Advanced Hazmat Life Support Instructor Course. Greenville, NC. November 6, 2002.

110. Meggs WJ. How to conduct interactive case studies. Advanced Hazmat Life Support Instructor Course. Greenville, NC. November 6, 2002.

111. Meggs WJ. Pesticide Poisoning. Advanced Hazmat Life Support Provider Course. Greenville, NC. November 5, 2002.

112. Meggs WJ. Toxic Terrorism. Advanced Hazmat Life Support Provider Course. Greenville, NC. November 5, 2002.

113. Meggs WJ. General Principles of AHLS. Advanced Hazmat Life Support Provider Course. Greenville, NC. November 4, 2002.

114. Meggs WJ. Epidemiology of drug abuse: Who takes what, where, and when. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

115. Meggs WJ. Cocaine and amphetamines. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

116. Meggs WJ. Alcohol, GHB, and other sedative-hyponotics. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

117. Meggs WJ. Heroin and other opioids. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

118. Meggs WJ. Marijuana, LSD, and other hallucinogens. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

119. Meggs WJ. Solvent abuse. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

120. <u>Meggs WJ</u>. Medical aspects of addiction. Medical aspects of substance abuse. Eastern Area Health Education Corporation. Monroe Center. Greenville, NC. June 11, 2002.

121. <u>Meggs WJ</u>. Permanent paralysis at site of dermal exposure to chlorpyrifos. 2002 meeting of the European Association of Poison Centers and Clinical Toxicologists. Lisbon, Portugal, May 25, 2002.

122. <u>Meggs WJ</u>. Can organophosphate induced encephalopathy be prevented? Culture of Scholarship Lecture. Brody School of Medicine at East Carolina University. Greenville, NC. March 28, 2002.

123. <u>Meggs WJ</u>. Upper airway syndromes: RUDS. International Update on Environmental and Occupational Airway Disease. Baylor College of Medicine, Houston, TX. March 8, 2002.

124. <u>Meggs WJ</u>. Sick building syndrome, chemical sensitivity, and irritant rhinosinusitis. American Academy of Asthma, Allergy and Immunology 58th Annual Meeting, New York, NY. March 2, 2002.

125. <u>Meggs WJ</u>. Toxicity of nerve gas and organophosphate pesticides. Emergency Medicine Interest Group. Brody School of Medicine at East Carolina University, Greenville, NC. February 26, 2002.

126. <u>Meggs WJ</u>, Harrison J. Toxic Terrorism. Grand Rounds. Wilson Memorial Hospital, Wilson, NC. December 1, 2001.

127. <u>Meggs WJ</u>. Drugs of abuse in eastern North Carolina: What every physician should know. Grand Rounds. Wayne Memorial Hospital, Goldsboro, NC. November 20, 2001.

128. <u>Meggs WJ</u>. Occupational asthma. Allergy Grand Rounds. Brody School of Medicine at East Carolina University, Greenville, NC. November 1, 2001.

129. <u>Meggs WJ</u>. Update on Neurogenic Inflammation and Sensitivity to Environmental Chemicals. Chemical Injury Information Network Conference on Chemical Sensitivity. Santa Fe, New Mexico. August 14, 2001.

130. <u>Meggs WJ</u>. Street Drugs. NC Summer School for Alcohol and Drug Studies. University of North Carolina at Wilmington. Wilmington, NC. July 29-30, 2001.

131. <u>Meggs WJ</u>. Allergy, chemical sensitivity, depression and anxiety. 19th International Symposium on Man and His Environment in Health and Disease. Dallas, TX. June 9, 2001.

132. <u>Meggs WJ</u>. Controversies in solvent neurotoxicity. 19th International Symposium on Man

and His Environment in Health and Disease. Dallas, TX. June 7, 2001.

133. Meggs WJ. Pediatrics and pesticides. Pediatric Emergency Medicine Grand Rounds. Brody School of Medicine at East Carolina University, Greenville, NC. March 28, 2001.

134. Meggs WJ. Depression and anxiety associated with allergic and irritant sensitivity. American Academy of Allergy, Asthma, and Immunology 57th Annual Meeting. New Orleans, LA. March 18, 2001.

135. Meggs WJ. CPC. Bellevue Intensive Course in Medical Toxicology. New York City Poison Center, New York, NY. March 9, 2001.

136. Meggs, WJ. Inert ingredients in pesticides and individuals with special medical needs. U.S. Environmental Protection Agency Inert Ingredients Stakeholders Workshop. November 8, 2000.

137. Meggs WJ. Drugs of abuse: What prehospital personnel need to know. NC State Troopers. EMS recertification course, Greenville, NC. September 23, 2000..

138. Meggs WJ. Drugs of abuse. What physicians should know. Grand Rounds, Roanoke-Chowan Hospital, Ahoskie, NC. August 3, 2000.

139. Meggs WJ. Toxins and the Heart. 18th International Conference on Man and His Environment in Health and Disease. Dallas, TX. June 7, 2000.

140. Meggs WJ. Allergy and the Heart. 18th International Conference on Man and His Environment in Health and Disease. Dallas, TX. June 6, 2000.

141. Meggs WJ. Drugs of abuse in eastern North Carolina: What physicians should know. Grand Rounds, Wayne Memorial Hospital, Goldsboro, NC. April 18, 2000.

142. Meggs WJ. CPC – A difficult case in toxicology. Bellevue Intensive Course in Medical Toxicology. Bellevue Hospital Center and New York City Poison Center. New York, NY. March 10, 2000.

143. Meggs WJ. Respiratory sensitivity to fragrances and other chemicals. United States Access Board training session. United States Architectural and Barriers Commission. Arlington, VA. March 14, 2000.

144. Meggs WJ. Drugs of abuse: What EMS professionals should know. The 20th Annual Emergency Medicine Seminar. Department of Emergency Medicine. East Carolina University, Greenville, NC. October 29, 1999.

145. Meggs WJ. Prehospital management of drug overdose. The 20th Annual Emergency Medicine Seminar. Department of Emergency Medicine. East Carolina University, Greenville, NC. October 30, 1999.

146. Meggs WJ. Toxic hazards in agriculture. 12th Annual Meeting. North American Agromedicine Consortium. Raleigh, NC. September 25, 1999.

147. Meggs WJ. Case Discussion: Organophosphate poisoning. Department of Medicine Resident's Conference. East Carolina University, Greenville, NC. April 6, 1999.

148. Meggs WJ. ECU Toxicological Referral Program. Focus on Agromedicine. NC Agricultural Extension Service. NE District Advisors Meeting. Plymouth, NC. March 31, 1999.

149. Meggs WJ. CPC. Toxic induction of hypoglycemia. New York City Poison Center/Bellevue Toxicology Conference, New York City, NY. March 12, 1999.

150. Meggs WJ. Toxicity of isoniazed. New York City Poison Center/Bellevue Toxicology Conference, New York City, NY. March 11, 1999.

151. Meggs WJ. Prevention of asthma. Asthma Expo 1998. American Lung Association. Rockville, MD. October 24, 1998.

152. Meggs WJ. Mechanisms of allergy and chemical sensitivity. Symposium on Chemical Sensitivity. American Chemical Society 1998 Annual Meeting. Boston, MA. August 25, 1998.

153. Meggs WJ. Epidemiology of allergy and chemical sensitivity. Symposium on Chemical Sensitivity. American Chemical Society 1998 Annual Meeting. Boston, MA. August 25, 1998.

154. Meggs WJ. Clinical descriptions of time dependent and adaptative phenomena associated with chemical sensitivity: The fifth day. Symposium on Chemical Sensitivity. American Chemical Society 1998 Annual Meeting. Boston, MA. August 25, 1998.

155. Meggs WJ. RADS and RUDS: Reactive airways dysfunction syndromes as models of chemical sensitivity in the airways. Symposium on Chemical Sensitivity. American Chemical Society 1998 Annual Meeting. Boston, MA. August 25, 1998.

156. Meggs WJ. Causes of the asthma epidemic. Grand Rounds. Shady Grove Hospital and Mid-Atlantic Environmental Medicine Network. Rockville, MD. March 17, 1998.

157. <u>Meggs WJ</u>. Clinicopathological conference. Bellevue Intensive Course in Toxicology. New York City. March 13, 1998.

158. <u>Meggs WJ</u>. Treating overdoses: When to use ipecac, lavage, activated charcoal, whole bowel irrigation. Grand Rounds. Albemarle Hospital, Elizabeth City, NC, November 11, 1997.

159. <u>Meggs WJ</u>. Toxic Alcohols. Essential topics in emergency medicine. American College of Emergency Physicians. Charlotte, NC, September 6, 1997.

160. <u>Meggs WJ</u>. Analgesics. Essential topics in emergency medicine. American College of Emergency Physicians. Charlotte, NC, September 6, 1997.

161. <u>Meggs WJ</u>. Street drugs. Essential topics in emergency medicine. American College of Emergency Physicians. Charlotte, NC, September 6, 1997.

162. <u>Meggs WJ</u>. Toxicity of pesticides used on cotton. Pitt County League of Women Voters Forum on Pesticides Used on Cotton. Willis Bldg., East Carolina University. Greenville, NC, April 29, 1997.

163. <u>Meggs WJ</u>. CPC. Intensive Review Course in Toxicology. New York City Poison Center, Bellevue Hospital, and New York University. New York City, NY, March 20, 1997.

164. <u>Meggs WJ</u>. Aspirin poisoning. Pediatric Intensive Care Unit, Morbidity & Mortality Conference. Brody School of Medicine at East Carolina University. Greenville, NC, February 28, 1997.

165. <u>Meggs WJ</u>. Intracellular electric fields: Production and function. 15th Annual International Symposium on Man and His Environment. Dallas, TX, February 20-23, 1997.

166. <u>Meggs WJ</u>. Chronic diseases induced by toxins. 15th Annual International Symposium on Man and His Environment. Dallas, TX, February 20-23, 1997.

167. <u>Meggs WJ</u>. Health & safety down on the farm. 8th Annual Meeting of the Association of Soybean, Corn, and Small Grain Growers. Raleigh, NC, January 14, 1997.

168. <u>Meggs WJ</u>. Disorders related to indoor air pollution. School of Public Health, University of North Carolina at Chapel Hill, Chapel Hill, NC, November 14, 1996.

169. <u>Meggs WJ</u>. Toxicology, alcoholism, and drug abuse. East Carolina University EMT-Paramedic Course. August 13, 1996.

CURRICULUM VITAE          William Joel Meggs, MD, PhD          Page 45

170. <u>Meggs WJ</u>.  Drugs of abuse:  Emergency management of toxicity.  16th Annual Emergency Medicine Conference, New York University School of Medicine, New York, NY, June 5, 1996

171. Vassallo S and <u>Meggs WJ</u>.  Envenomation workshop.  16th Annual Emergency Medicine conference, New York University School of Medicine, New York, NY, June 5, 1996.

172. <u>Meggs WJ</u>.  Organophosphate pesticide poisoning.  Pediatric ICU Mortality Conference.  University Medical Center of Eastern North Carolina.  May 31, 1996.

173. <u>Meggs WJ</u>.  Anaphylactic shock:  Pathophysiology, diagnosis, and treatment.  Sexually Transmitted Diseases Clinics.  New York City Department of Health, New York, New York, May 16, 1996.

174. <u>Meggs WJ</u>.  Asthma and rhinitis related to chemical exposures:  RADS and RUDS.  Kane Hall. University of Washington, Seattle, WA, April 27, 1996

175. <u>Meggs WJ</u>.  Sedative hyponotics.  New York City Poison Center and Bellevue Hospital Emergency Services Intensive Course in Medical Toxicology.  New York.  March 22, 1996.

176. <u>Meggs WJ</u>. Toxic alcohols.  New York City Poison Center and Bellevue Hospital Emergency Services Intensive Course in Medical Toxicology.  New York, March 21, 1996

177. Vassallo S and <u>Meggs WJ</u>.  Workshop on envenomations.  New York City Poison Center and Bellevue Hospital Emergency Services Intensive Course in Medical Toxicology.  New York.  March 21, 1996.

178. <u>Meggs WJ</u>.  Carbon monoxide poisoning.  Pediatric Mortality Conference.  Brody School of Medicine at East Carolina University, Department of Pediatrics, Greenville, NC, January 26, 1996.

179. <u>Meggs WJ</u>.  RADS and RUDS, the toxic induction of asthma and rhinitis.  Allergy Grand Rounds.  University of Medicine and Dentistry of New Jersey.  Newark, NJ, November 30, 1995.

180. <u>Meggs WJ</u>.  Medical and psychiatric complications of drug use at the Woodstock Music Festival.  Psychiatry Grand Rounds.  Brody School of Medicine at East Carolina University.  November 2, 1995.

181. <u>Meggs WJ</u>.  Rock festival toxicology.  Pediatric Emergency Medicine Grand Rounds.  Brody School of Medicine at East Carolina University.  October 24, 1995.

182. <u>Meggs WJ</u>.  Neurogenic inflammation and neurogenic switching.  American Academy of Environmental Medicine.  Tucson, AZ, October 5-9, 1995.

183. <u>Meggs WJ</u>. Pathophysiology of chemical sensitivity.  Workshop on Experimental Approaches to Chemical Sensitivity, Robert Wood Johnson School of Medicine, Princeton, NJ, July 21, 1995.

184. <u>Meggs WJ</u>.  Asthma:  Update and determinants of severity.  15th Annual Emergency Medicine Seminar.  Bellevue Hospital Emergency Services.  New York, New York.  June 8, 1995.

185. <u>Meggs WJ</u>.  Respiratory diseases of farmers and farm workers.  Southern Agromedicine Consortium Meeting.  NC State University, Raleigh, NC.  April 21, 1995.

186. <u>Meggs WJ</u>.  Multiple chemical sensitivities.  Fourth Annual Worker's Compensation Defense and Occupational Medicine Seminar.  San Francisco, California.  March 24, 1995.

187. <u>Meggs WJ</u>.  Occupational asthma.  Fourth Annual Worker's Compensation Defense and Occupational Medicine Seminar.  San Francisco, California.  March 24, 1995.

188. <u>Meggs WJ</u>.  Epidemiology of chemical sensitivity.  13th International Symposium on Man and His Environment in Health and Disease.  Dallas, Texas.  February 24, 1995.

189. <u>Meggs WJ</u>.  Neurogenic switching:  shifting the site of inflammation.  13th International Symposium on Man and his Environment in Health and Disease.  Dallas, Texas.  February 24, 1995.

190. <u>Meggs WJ</u>.  Chemical sensitivity and allergy.  13th International Symposium on Man and His Environment in Health and Disease.  Dallas, Texas.  February 23, 1995.

191. <u>Meggs WJ</u>.  MCS, the nose, and neurogenic inflammation.  Department of Occupational Medicine, Institute of Environmental Sciences, Robert Wood Johnson School of Medicine.  March 22, 1994.

192. <u>Meggs WJ</u>.  Epidemiology of asthma and depression:  Do the current epidemics have a common cause?  Center for Mental Health Services, Substance Abuse and Mental Health Services Institute, Parklawn Building, Rockville, MD.  February 25, 1994.

193. <u>Meggs WJ</u>.  Health effects of environmental pollution.  Seminar for senate staff.  Lyndon Baines Johnson Room.  U.S. Capitol building.  February 24, 1994.

194. Meggs WJ. Multiple chemical sensitivities: research directions and research needs. Symposium on Health Research Needs to Ensure Environmental Justice. Arlington, VA, February 10, 1994.

195. Meggs WJ. Immunologic mechanisms in multiple chemical sensitivities. Update Conference on Immunopharmacology and Immunotoxicology. National Capital Area Chapter -- Society of Toxicology and Association of Government Toxicologists. National Library of Medicine, Bethesda, MD, February 10, 1994.

196. Meggs WJ. Toxicology of psychotropic drugs. Psychiatry Grand Rounds. East Carolina University, Department of Psychiatry. Greenville, October 21, 1993.

197. Meggs WJ. Health effects of indoor air pollution. Symposium on Indoor Air Pollution: Effects on Children. 125th Meeting of the American Public Health Association. San Francisco, October 26, 1993.

198. Meggs WJ. Prehospital management of the poisoned patient. 12th Coastal Emergency Medicine Seminar. Wilmington, NC 1993.

199. Meggs WJ. The alphabet soup of chemical sensitivity-MCS, SBS, RADS, and RUDS. International Symposium on Man and His Environment in Health and Disease. Dallas, TX. February 27, 1993.

200. Meggs WJ. Sick building syndrome and the multiple chemical sensitivity syndrome. Invited presentation, The Third Annual Symposium on Indoor Air Quality and Energy Issues. Bowman Gray School of Medicine. Winston-Salem, NC. June 5, 1992.

201. Meggs WJ. Neurogenic inflammation and sensitivity to environmental chemicals. International Symposium on Man and His Environment in Health and Disease. Dallas, TX. February 27, 1992.

202. Meggs WJ. Immunotoxicity: Overview of an Emerging Discipline. Toxicology Conference. Bellevue Hospital, New York University. January 23, 1992.

203. Meggs WJ. Immunological mechanisms in sensitivity to environmental chemicals. Invited Speaker, 119th Meeting of the American Public Health Association. Atlanta, Georgia. November 15, 1991.

204. Meggs WJ. Immunological mechanisms in the multiple chemical sensitivity syndrome. Invited Speaker, Association of Occupational and Environmental Clinics Workshop on Chemical Sensitivity. Washington, DC. September 15, 1991.

205. Meggs WJ. Evaluating an environmental exposure: A clinician's approach with case studies. City of Houston Health and Human Services Department's First Annual Environmental Health Conference. Houston, Texas. June 26, 1991.

206. Meggs WJ. Immunotoxicity and environmental chemicals. City of Houston and Human Services Department's First Annual Environmental Health Conference. Houston, Texas. June 26, 1991.

207. Meggs WJ. Electric fields inside of cells: Determinants of structure. Ninth International Conference on Man and his Environment in Health and Disease. Dallas, Texas. February 28, 1991.

208. Meggs WJ. Sick building syndrome and the multiple chemical sensitivity syndrome. North Carolina Chapter of the American College of Physicians. Raleigh, North Carolina. February 23, 1991.

209. Meggs WJ. Hypersensitivity to environmental chemicals. Annual meeting of the North Carolina Chapter, Society of Toxicology, Raleigh, North Carolina. February 9, 1991.

210. Meggs WJ. The effects of pollution on the human immune system. Second Scientific Assembly for Environmental Health. Baylor University College of Medicine. Houston, Texas. September 14-15, 1990.

211. Meggs WJ. Health effects of indoor air contaminants: Agenda for the 90's. Seminar, Health Effects Research Laboratory, U.S. Environmental Protection Agency, Chapel Hill, NC. June 18, 1990.

212. Meggs WJ. Immunotoxicology of pharmaceuticals, Invited talk, Society of Toxicology Immunotoxicology Study Group Conference, Cincinnati, OH, May 7, 1990.

## SPECIAL HONORS AND AWARDS

2911    East Carolina University Lifetime Achievement Award for Research and Creative Activities

2010    American College of Medical Toxicology Research Award

Multiple America's Best Physicians. Consumer Union Magazine
Years

Multiple Biographee, Who's Who in America, Who's Who in Science and Engineering,
Years    Who's Who in the South and Southwest, Who's Who in Medicine and Healthcare

1969    National Science Foundation Post-Doctoral Fellow

1964    Woodrow Wilson Honorary Fellow

1964    Clemson University Faculty Medal (Highest Academic Average, Class of 1969)


## COMMUNITY SERVICE

- Counselor, American College of Emergency Physicians Council    2005-2006
- Course Director, Medical Director, and Medical Toxicologist.  Advanced HazMat Life Support Course.  Duke University School of Medicine, Durham, NC.  January 12-14, 2002.
- Course Director, Medical Director, and Medical Toxicologist.  Advanced HazMat Life Support Provider and Instructor Courses.  Brody School of Medicine at East Carolina University, Greenville, NC. October 29-31, 2001; April 15-17, 2002; November 4-6, 2002; April 14-16, 2003; November 1-3, 2004
- Pamlico Tar River Foundation Advisory Board.  1990 - present
- Volunteer Physician, Pitt County Shelter.  1989 - 1992